# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REUBEN NATHAN

                     PLAINTIFF(S),

v.

REFORM SOLUTIONS INCORPORATED, et al.

                     DEFENDANT(S).

CASE NUMBER:

2:20−cv−07005

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _Southern_ Division.

    This case has been reassigned to case number _8:20−cv−01453−DOC−KESx_ and has been assigned to _Judge David O. Carter_ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Karen E. Scott_ for:

    X any discovery and/or post-judgment matters that may be referred.

    for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _8:20−cv−01453−DOC−KESx_. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number _2:20−cv−07005_. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                    Clerk, U.S. District Court

                                    By: _/s/ Carmen Lujan_
                                        _Carmen_Lujan@cacd.uscourts.gov_
                                        Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*